HONORABLE ALFRED H. BENNETT

United States Courts
Southern District of Texas
FILED

JAN 2 4 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| US NATIONAL HEALTHCARE TRAINING SERVICES,<br><br>     Plaintiff,<br>v.<br><br>Centers for Medicare & Medicaid Services<br><br>     Defendants. | Case No. 4:17-cv-00042<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

## TO THE UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF TEXAS AND TO ALL PARTIES OF

## RECORD:

The undersigned Plaintiff certifies that the following listed entities or parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
|---|---|
| U.S. National Healthcare Training Services, Inc. | Plaintiff |
| Kevin Simms | Owner |

Respectfully submitted this 24 day of January, 2017.

Kevin B. Simms,

US National Healthcare Training Services
2626 South Loop West Suite 426
Houston, TX 77054
Office: 832-940-2426
Cell: 713-703-8525
Fax: 832-581-2793
ksimms@usnhts.com